**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHABIH SIDDIQI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 09 CV 2446 |
| vs. ) | |
| ) | Judge St. Eve |
| LVNV FUNDING, LLC, ) | |
| ) | Magistrate Judge Mason |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Shabih Siddiqi, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached an individual settlement which will resolve this entire matter. Plaintiff expects to complete the settlement and file a Stipulation to Dismiss within the next 30 days. This matter is set for status on June 4, 2009 at 8:30 a.m.

                                        Respectfully submitted,

                                        s/ Cassandra P. Miller
                                        Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on May 29, 2009, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. I further certify that a copy of the foregoing was served via facsimile and U.S. mail upon the following party:


Nabil G. Foster
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
(312) 704-3001 (FAX)


                                                            s/ Cassandra P. Miller
                                                            Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)