# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Shabih Siddiqi

                  Plaintiff,

v.                                                  Case No.: 1:09−cv−02446

                                                        Honorable Amy J. St. Eve

LVNV Funding, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2009:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of settlement, this case is hereby dismissed without prejudice with leave to reinstate by 7/1/09. After 7/1/09, said dismissal will be with prejudice. All pending dates and deadlines are stricken. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.